Shannon Keast (SBN: 233585)
SKeast@wga.org
Associate Counsel
Writers Guild of America, West, Inc.
7000 W. Third Street
Los Angeles, California 90048
Telephone:  (323) 782-4521
Facsimile:   (323) 782-4806

Attorney for Plaintiff
Writers Guild of America, West, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 821 PRODUCTION GROUP, LLC, and 821 ENTERTAINMENT GROUP, INC., <br><br> Defendants. | CASE NO.:  CV 12-4796 CAS (JEMx) <br><br> Hon. Christina A. Snyder <br><br> **JUDGMENT** |

Plaintiff Writers Guild of America, West, Inc. filed a Complaint to Confirm Arbitration Award on June 1, 2012.  In accordance with the Court's Order filed concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That judgment is entered in favor of Plaintiff Writers Guild of America, West, Inc. and against Defendants 821 Production Group, LLC and 821 Entertainment Group, Inc.;

//

2.	That the Arbitration Award issued on or about March 9, 2012 by Arbitrator Mark Burstein is confirmed in its entirety;

3.	That Plaintiff may recover its costs of suit herein.

DATED: October 1, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE